B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): **Haemacure Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **65-0678221** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **600 Tallevast Rd. Suite 201 Sarasota, FL** ZIP Code **34243-3700** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Manatee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **215 Redfern Ave, Suite 100 Montreal, Quebec, H3Z 3L5 Canada** ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Haemacure Corporation** ||
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>*(To be completed if debtor is an individual whose debts are primarily consumer debts.)* |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Haemacure Corporation |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X *Charles A. Postler* (signature)
Signature of Attorney for Debtor(s)

**Charles A. Postler, Bar No. 455318**
Printed Name of Attorney for Debtor(s)

**Stichter, Riedel, Blain & Prosser, P.A.**
Firm Name

**110 E. Madison St.
Suite 200
Tampa, FL 33602**
Address

**(813) 229-0144  Fax: (813) 229-1811**
Telephone Number

*January 8, 2010*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Gilles Lemieux**
Printed Name of Authorized Individual
**Secretary**
Title of Authorized Individual
*January 8, 2010*
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

| | | |
|---|---|---|
| Aldina, L.C.<br>Attn: Mark Famiglio, Managing Member<br>1247 Mandalay Point Rd.<br>Sarasota, FL 34242 | Aldina, L.C.<br>c/o John D. Dumbaugh, Esq.<br>1900 Ringling Blvd.<br>Sarasota, FL 34236 | Alfa Laval Biokinetics, Inc.<br>7 Penn Center<br>1635 Market St., #1500<br>Philadelphia, PA 19103 |
| Alfa Laval Tumba AB<br>Hans Stahles Vag<br>Tumba, SWEDEN | American Express<br>P.O. Box 360001<br>Ft. Lauderdale, FL 33336-0001 | Angiotech Pharmaceuticals, Inc.<br>1618 Station St.<br>Vancouver, BC  V6A 1B6<br>CANADA, |
| Angiotech Pharmaceuticals, Inc.<br>P.O. Box 2840<br>North Bend, WA 98045 | Angiotech Pharmaceuticals, Inc.<br>c/o David Lapides, Esq.<br>201 N. Franklin St., #2100<br>Tampa, FL 33602 | Baxter Healthcare Corporation<br>One Baxter Parkway<br>DF 3 2-W<br>Deerfield, IL 60015 |
| BioServ Corporation<br>5340 Eastgate Mall<br>San Diego, CA 92121-2804 | Bioventures, Inc.<br>4044 Roberts Point Rd.<br>Sarasota, FL 34242-1162 | Diagnostics Stago Inc.<br>PO Box 34056<br>Newark, NJ 07189-0056 |
| Dow Corning<br>P.O. Box 70678<br>Chicago, Il 60673-0678 | E.I. du Pont de Nemours and Co<br>PO Box 952332<br>Atlanta, GA 31192-2332 | Economic Development Council<br>222 10th Street West<br>Bradenton, FL 34206-0321 |
| EKN/Swedish Export Credits Guarantee<br>c/o Eleonore Plutz, Sr. Legal Counsel<br>Box 3064<br>SE-103 61 Stockholm<br>SWEDEN, | Ervin Leasing<br>3893 Research Park Dr.<br>Ann Arbor, MI 48108 | Florida Power & Light<br>P.O. Box 025576<br>Miami, FL 33102 |
| Foley & Lardner<br>777 E. Wisconsin Ave.<br>MILLWAUKEE, WI 53202-5367 | Haemacure Corporation (Canada)<br>215 Redfern Ave, Suite 100<br>Montreal, Quebec, H3Z 3L5<br>Canada, | Konica Minolta Business Solution<br>Dept AT 952823<br>Atlanta, GA 31192 |
| Manatee Chamber of Commerce<br>P.O. Box 321<br>Bradenton, FL 34206 | Manatee County Tax<br>Collector<br>P.O. Box 25300<br>Bradenton, FL 34206 | Marlin Leasing<br>P.O. Box 368<br>Marlton, NJ 08053 |
| Michael Best & Friedrich, LLP<br>P.O. Box 1806<br>Madison, WI 53701 | NCSRT<br>Suite 6593<br>75 Remittance Drive<br>Chicago, IL 60675-6593 | Marc Paquin<br>8158 Deerbrook Circle<br>Sarasota, FL 34238 |
| Power & Pumps Inc<br>P.O. Box 40129<br>Jacksonville, FL 32203-0129 | ProPharma Group, Inc.<br>10975 Benson Dr., Suite 330<br>Overland Park, KS 66210 | Rexel<br>Dept. At 952726<br>Atlanta, GA 31192-2726 |

Roche Diagnostic Corporation
Dept AT 952243
Atlanta, GA 31192-2243

Segel, Goldman, Mazzotta & Sie
Washington Avenue Extension
9 Washington Square
Albany, NY 12205

Siemens Healthcare Diagnostics
PO Box 121102
Dallas, TX 75312-1102

SRQ Building Services
P.O. Box 515
Osprey, FL 34229

Steris Corporation
P.O. Box 676548
Dallas, TX 75267-6548

Toxikon Corporation
15 Wiggins Ave.
Bedford, MA 01730

Verizon
P.O. Box 650457
Dallas, TX 75265

VWR International
P.O. Box 640169
Pittsburgh, PA 15264-0169

West Florida Supply
1184 N. Washington Blvd.
Sarasota, FL 34236

Workplace Legal Solutions
400 North Tampa Street, suite 2600
Tampa, FL 33603

Worldwide Express
5975 Castle Creek Pkwy.
Suite 170
INDIANAPOLIS, IN 46250

ZLB Plasma
5201 Congress Avenue, Suite #220
Boca Raton, FL 33487