B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re    Haemacure Corporation             Case No. _____
                                        Debtor(s)           Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ProPharma Group, Inc.<br>10975 Benson Dr., Suite 330<br>Overland Park, KS 66210 | ProPharma Group, Inc.<br>10975 Benson Dr., Suite 330<br>Overland Park, KS 66210 | | | 452,668.05 |
| BioServ Corporation<br>5340 Eastgate Mall<br>San Diego, CA 92121-2804 | BioServ Corporation<br>5340 Eastgate Mall<br>San Diego, CA 92121-2804 | | | 200,267.01 |
| ZLB Plasma<br>5201 Congress Avenue, Suite #220<br>Boca Raton, FL 33487 | ZLB Plasma<br>5201 Congress Avenue, Suite #220<br>Boca Raton, FL 33487 | | | 143,269.74 |
| VWR International<br>P.O. Box 640169<br>Pittsburgh, PA 15264-0169 | VWR International<br>P.O. Box 640169<br>Pittsburgh, PA 15264-0169 | | | 122,968.45 |
| Aldina, L.C.<br>Attn: Mark Famiglio, Managing Member<br>1247 Mandalay Point Rd.<br>Sarasota, FL 34242 | Aldina, L.C.<br>Attn: Mark Famiglio, Managing Member<br>1247 Mandalay Point Rd.<br>Sarasota, FL 34242 | | | 40,872.04 |
| Segel, Goldman, Mazzotta & Sie<br>Washington Avenue Extension<br>9 Washington Square<br>Albany, NY 12205 | Segel, Goldman, Mazzotta & Sie<br>Washington Avenue Extension<br>9 Washington Square<br>Albany, NY 12205 | | | 10,024.89 |
| Toxikon Corporation<br>15 Wiggins Ave.<br>Bedford, MA 01730 | Toxikon Corporation<br>15 Wiggins Ave.<br>Bedford, MA 01730 | | | 9,849.00 |
| Bioventures, Inc.<br>4044 Roberts Point Rd.<br>Sarasota, FL 34242-1162 | Bioventures inc<br>4044 Roberts Point Rd.<br>SARASOTA, FL 34242-1162 | | | 7,800.00 |
| E.I. du Pont de Nemours and Co<br>PO Box 952332<br>Atlanta, GA 31192-2332 | E.I. du Pont de Nemours and Co<br>PO Box 952332<br>Atlanta, GA 31192-2332 | | | 7,017.60 |
| Foley & Lardner<br>777 E. Wisconsin Ave.<br>MILLWAUKEE, WI 53202-5367 | Foley & Lardner<br>777 E. Wisconsin Ave.<br>MILLWAUKEE, WI 53202-5367 | | | 6,080.81 |
| Power & Pumps Inc<br>P.O. Box 40129<br>Jacksonville, FL 32203-0129 | Power & Pumps Inc<br>P.O. Box 40129<br>Jacksonville, FL 32203-0129 | | | 5,527.20 |

B4 (Official Form 4) (12/07) - Cont.

In re  Haemacure Corporation
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| NCSRT<br>Suite 6593<br>75 Remittance Drive<br>Chicago, IL 60675-6593 | NCSRT<br>Suite 6593<br>75 Remittance Drive<br>Chicago, IL 60675-6593 | | | 3,660.00 |
| Roche Diagnostic Corporation<br>Dept AT 952243<br>Atlanta, GA 31192-2243 | Roche Diagnostic Corporation<br>Dept AT 952243<br>Atlanta, GA 31192-2243 | | | 3,314.34 |
| Siemens Healthcare Diagnostics<br>PO Box 121102<br>Dallas, TX 75312-1102 | Siemens Healthcare Diagnostics<br>PO Box 121102<br>Dallas, TX 75312-1102 | | | 3,210.77 |
| Florida Power & Light<br>P.O. Box 025576<br>Miami, FL 33102 | Florida Power & Light<br>P.O. Box 025576<br>Miami, FL 33102 | | | 2,973.38 |
| Diagnostics Stago Inc.<br>PO Box 34056<br>Newark, NJ 07189-0056 | Diagnostics Stago Inc.<br>PO Box 34056<br>Newark, NJ 07189-0056 | | | 2,496.90 |
| American Express<br>P.O. Box 360001<br>Ft. Lauderdale, FL 33336-0001 | American Express<br>P.O. Box 360001<br>Ft. Lauderdale, FL 33336-0001 | | | 1,885.60 |
| Manatee County Tax Collector<br>P.O. Box 25300<br>Bradenton, FL 34206 | Manatee County Tax Collector<br>P.O. Box 25300<br>Bradenton, FL 34206 | | | 1,783.29 |
| Workplace Legal Solutions<br>400 North Tampa Street, suite 2600<br>Tampa, FL 33603 | Workplace Legal Solutions<br>400 North Tampa Street, suite 2600<br>Tampa, FL 33603 | | | 1,140.00 |
| Economic Development Council<br>222 10th Street West<br>Bradenton, FL 34206-0321 | Economic Development Council<br>222 10th Street West<br>Bradenton, FL 34206-0321 | | | 1,125.00 |

B4 (Official Form 4) (12/07) - Cont.
In re   Haemacure Corporation                              Case No. _____
                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   January 8, 2010          Signature   _____
                                            Gilles Lemieux
                                            Secretary

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.