UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                   Chapter 11

HAEMACURE CORPORATION,                   Case No. 8:10-bk-00359-KRM

　　　　Debtor.
_____/

## NOTICE OF BIDS RECEIVED FOR THE PURCHASE
## OF SUBSTANTIALLY ALL OF THE ASSETS OF THE DEBTOR

HAEMACURE CORPORATION, as debtor and debtor in possession (the "**Debtor**"), by and through its undersigned attorneys, hereby gives notice that, with the exception of the Purchase Agreement executed with Angiotech Pharmaceuticals, Inc. [see Doc. No. 60], no additional bids were received by the scheduled deadline of 12:00 p.m. on Monday, March 1, 2010, for the purchase of substantially all of the assets of the Debtor.

Dated: March 2, 2010

　　　　　　　　　　　　　　　　　　/s/ Charles A. Postler
　　　　　　　　　　　　　　　　　　Charles A. Postler (Florida Bar No. 455318)
　　　　　　　　　　　　　　　　　　STICHTER, RIEDEL, BLAIN & PROSSER, P.A.
　　　　　　　　　　　　　　　　　　110 East Madison Street, Suite 200
　　　　　　　　　　　　　　　　　　Tampa, Florida 33602
　　　　　　　　　　　　　　　　　　PH　　(813) 229-0144
　　　　　　　　　　　　　　　　　　FAX　(813) 229-1811
　　　　　　　　　　　　　　　　　　Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **Notice of Bids Received for the Purchase of Substantially All of the Assets of the Debtor** has been furnished on this 2nd

day of March, 2010 by the Court's **CM/ECF Transmission** and/or by **U.S. Mail** to all parties set forth on the Local Rule 1007-2 Parties in Interest List for this case attached hereto.

/s/ Charles A. Postler
Charles A. Postler

Label Matrix for local noticing
113A-8
Case 8:10-bk-00359-KRM
Middle District of Florida
Tampa
Tue Mar  2 11:53:21 EST 2010

Aldina, L.C.
Attn: Mark Famiglio, Managing Member
1247 Mandalay Point Rd.
Sarasota, FL 34242-2707

Aldina, L.C.& Mark Famiglio
c/o Christopher Smith, Esq.
7313 International PL STE 80
Sarasota, FL 34240-8406

American Express
P.O. Box 360001
Ft. Lauderdale, FL 33336-0001

Angiotech Pharmaceuticals, Inc.
c/o David L. Lapides,Squire,Sanders etal
One Tampa City Center
201 N. Franklin Street, Ste 2100
Tampa, FL 33602-5813

Angiotech Pharmaceuticals,Inc.
c/o G. Christopher Meyer
Squire, Sanders & Dempsey,LLP
4900 Key Tower,127 Public Sq
Cleveland, OH 44114-1304

BioServ Corporation
5340 Eastgate Mall
San Diego, CA 92121-2804

Bioventures, Inc.
4044 Roberts Point Rd.
Sarasota, FL 34242-1162

Diagnostics Stago Inc.
PO Box 34056
Newark, NJ 07189-0056

E.I. du Pont de Nemours and Co
PO Box 952332
Atlanta, GA 31192-2332

Economic Development Council
222 10th Street West
Bradenton, FL 34205-8636

Exportkreditnamnden (EKN)
% Ethan Ostrow, Esq.
One Prudential Plaza
130 E.Randolph St.,Ste 3600
Chicago, IL 60601-6315

Florida Power & Light
P.O. Box 025576
Miami, FL 33102-5576

Foley & Lardner
777 E. Wisconsin Ave.
Milwaukee, WI 53202-5306

Haemacure Corporation
215 Redfern Ave., Suite 100
MONTREAL, QUEBEC H3Z 3L5 CANADA

Manatee County Tax
Collector
P.O. Box 25300
Bradenton, FL 34206-5300

NCSRT
Suite 6593
75 Remittance Drive
Chicago, IL 60675-6593

Power & Pumps Inc
P.O. Box 40129
Jacksonville, FL 32203-0129

ProPharma Group, Inc.
10975 Benson Dr., Bldg.12, Ste 330
Overland Park, KS 66210-1569

Roche Diagnostic Corporation
Dept AT 952243
Atlanta, GA 31192-2243

Segel, Goldman, Mazzotta & Sie
Washington Avenue Extension
9 Washington Square
Albany, NY 12205-5524

Siemens Healthcare Diagnostics
PO Box 121102
Dallas, TX 75312-1102

Susan D Profant,CFCA,CLA,FRP,
Paralegal, Ken Burton, Jr
Manatee County Tax Collector
P O Box 25300
Bradenton, FL 34206-5300

Toxikon Corporation
15 Wiggins Ave.
Bedford, MA 01730-2314

United States Trustee - TPA
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

VWR International
P.O. Box 640169
Pittsburgh, PA 15264-0169

Workplace Legal Solutions
400 North Tampa Street, suite 2600
Tampa, FL 33602-4710

ZLB Plasma
5201 Congress Avenue, Suite #220
Boca Raton, FL 33487-3600

End of Label Matrix
Mailable recipients    27
Bypassed recipients     0
Total                  27